Joel Moss (SBN 241853) (admission pending)
Daniel H.R. Laguardia (SBN 314654)
**SHEARMAN AND STERLING LLP**
535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone    (415) 616-1100
Facsimile:    (415) 616-1199
Email:    joel.moss@shearman.com
    daniel.laguardia@shearman.com

Kristin K. Going (admitted *pro hac vice*)
Jason D. Strabo (SBN 246426)
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3218
Telephone:    (310) 788-4125
Facsimile:    (310) 277-4730
Email:    kgoing@mwe.com
    jstrabo@mwe.com

*Attorneys for Barclays Bank PLC*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>Adv. No. 6:21-ap-01128-SY |
| BARCLAYS BANK PLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN COMMUNITY ENERGY, SOUTHERN CALIFORNIA EDISON COMPANY, a California corporation,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>Judge: Honorable Scott H. Yun |

**TO THE HONORABLE SCOTT H. YUN, THE ABOVE-CAPTIONED DEFENDANTS, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), plaintiff Barclays Bank PLC ("Barclays") hereby dismisses its *Complaint for Declaratory Relief* (the "Complaint") in the above-captioned adversary proceeding. The dismissal is with prejudice, subject to the reservation of rights below.

1. On November 30, 2021, Barclays filed the Complaint, commencing this adversary proceeding.

2. On January 6, 2022, the Court entered an order [ECF No. 8] (the "Approval Order") approving the *Settlement Agreement and Release of Claims*, dated as of December 16, 2021 (the "Settlement Agreement"), between Barclays and the above-captioned debtor (the "Debtor"). The Settlement Agreement requires Barclays to dismiss the Complaint within five business days of entry of the Approval Order and payment of the settlement amount, as set forth therein. *See* Settlement Agreement § 3.3. The Settlement Agreement further provides that if the Debtor breaches its obligations under the Settlement Agreement, Barclays shall be entitled to refile the Complaint. *See id*.

3. Pursuant to Civil Rule 41, made applicable by Bankruptcy Rule 7041, Barclays is permitted to dismiss the Complaint voluntarily without further order of the Court by filing this notice because, as of the date hereof, neither of the above-captioned defendants have served an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A).

4. Based upon the foregoing, Barclays hereby voluntarily dismisses the Complaint with prejudice but reserves the right to refile the Complaint in accordance with the terms of the

Settlement Agreement.  Barclays further requests that the status conference scheduled for

March 3, 2022 at 1:30 p.m. be removed from the Court's calendar.

Dated:  January 12, 2022                 Respectfully submitted,

                                               By: */s/ Joel Moss*
                                               Joel Moss (SBN 241853)
                                               Daniel H.R. Laguardia (SBN 314654)
                                               **SHEARMAN & STERLING LLP**
                                               535 Mission Street, 25th Floor
                                               San Francisco, CA 94105
                                               Telephone:    (415) 616-1100
                                               Facsimile:      (415) 616-1199
                                               Email:             joel.moss@shearman.com
                                                                      daniel.laguardia@shearman.com

                                               *- and -*

                                               */s/ Jason D. Strabo*
                                               Kristin K. Going (admitted pro hac vice)
                                               Jason D. Strabo (SBN 246426)
                                               **MCDERMOTT WILL & EMERY LLP**
                                               2049 Century Park East, Suite 3200
                                               Los Angeles, CA 90067-3218
                                               Telephone:    (310) 788-4125
                                               Facsimile:      (310) 277-4730
                                               Email:             kgoing@mwe.com
                                                                   jstrabo@mwe.com

                                               *Attorneys for Barclays Bank PLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

A true and correct copy of the foregoing document entitled: NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 12, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

X☐   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 12, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

X☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/12/22 | Jason D. Strabo | /s/ Jason D. Strabo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    **PROOF OF SERVICE - ADVERSARY**
DM_US 184188746-1.T19413.0010

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

| David M. Goodrich | dgoodrich@wgllp.com; kadele@wgllp.com; lbracken@wgllp.com; wgllp@ecf.courtdrive.com; gestrada@wgllp.com |
|---|---|
| Chad V. Haes | chaes@marshackhays.com; chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marsackhays.com; kfrederick@ecf.courtdrive.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

**SERVICE BY OVERNIGHT MAIL**

| Honorable Scott H. Yun<br>United States Bankruptcy Court<br>Central District of California<br>3420 Twelfth Street, Suite 234/Courtroom 302<br>Riverside, CA 92501-3819 | |
|---|---|